IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of UNIVERSAL LIMITED, INC. | * |
| Plaintiff | * |
| | * Civil No. AMD-00-409 |
| v. | * |
| | * |
| FSEC, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF EXTENSION OF TIME**

The Plaintiff and the Defendants, by the undersigned attorneys, stipulate and agree that both Defendants shall have an additional extension of time through and including June 12, 2000 within which to respond to the Complaint.

_____
J. Snowden Stanley, Jr.
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Plaintiff

_____
John A. Bonello
McKENNA & CUNEO, LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Attorneys for the Defendants

**ORDER**

The foregoing Stipulation is hereby approved.

5/15/2000
_____
Date

_____
Judge, United States District Court
For the District of Maryland

(B0124017.WPD;1)