JOHN A. BONELLO, ESQ.
McKENNA & CUNEO, L.L.P.
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for FSEC, INC. and RELIANCE INSURANCE COMPANY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUN 15 ⌐ 4:38

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

## NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF UNIVERSAL LIMITED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FSEC, INC. and RELIANCE INSURANCE COMPANY, <br><br> Defendants. | CASE NO. AMD OO CV 409 <br><br> **STIPULATION AND (PROPOSED) ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> ____FILED <br> ____LODGED <br><br> JUN 1 6 2000 <br><br> AT BA_ <br> CLERK U.S. DISTRICT <br> DISTRICT OF MARYLAND <br> BY         CRIMINAL |



The parties, by and through their undersigned attorneys, stipulate and agree that the defendants may have an extension of time through and including July 12, 2000 within which to respond to the complaint.

Dated: June  , 2000.

SEMMES, BOWEN & SEMMES

By: _____
J. Snowden Stanley, Jr.

Attorneys for Plaintiff

Dated: June 14, 2000.

McKENNA & CUNEO, L.L.P.

By: _____
John A. Bonello
(Fed. Bar No. 09577)

Attorneys for Defendants FSEC, Inc. and
Reliance Insurane Company

ORDER

The foregoing Stipulation is hereby approved.

Dated: June 16, 2000

_____
United States District Judge