IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF UNIVERSAL LIMITED, INC. | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. AMD 00 CV 409 |
| FSEC, INC. and RELIANCE INSURANCE COMPANY | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION REGARDING EXTENSION
OF TIME FOR DEFENDANTS TO
<u>RESPOND TO COMPLAINT</u>**

The parties, by and through their undersigned attorneys, stipulate and agree that the defendants may have an extension of time through and including August 21, 2000 within which to respond to the complaint.

Dated: 7/21/00

J. Snowden Stanley, Jr.
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Plaintiff

Dated: 7/21/00

/s/ John A. Bonello
John A. Bonello, Fed. Bar No. 09577
McKenna & Cuneo, L.L.P.
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Attorneys for Defendants FSEC, Inc.
and Reliance Insurance Company

## ORDER

The foregoing Stipulation is hereby approved.

Dated: 7/24/00

ANDRE M. DAVIS
U.S. DISTRICT JUDGE

_____
United States District Judge

(B0137924.WPD;1)