JOHN A. BONELLO, ESQ.
McKENNA & CUNEO, L.L.P.
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for FSEC, INC. and RELIANCE INSURANCE COMPANY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 28  P 3: 08

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

## NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF UNIVERSAL LIMITED, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>FSEC, INC. and RELIANCE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO. AMD 00 CV 409<br><br>**STIPULATION AND (PROPOSED) ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |



The parties, by and through their undersigned attorneys, stipulate and agree that the defendants may have an extension of time through and including November 23, 2000 within which to respond to the complaint.

Dated: August 24, 2000                    SEMMES, BOWEN & SEMMES

                                          By: _____
                                          J. Snowden Stanley, Jr.

                                          Attorneys for Plaintiff

Dated: August 23, 2000                    McKENNA & CUNEO, L.L.P.

                                          By: _____
                                          John A. Bonello
                                          (Fed. Bar No. 09577)

                                          Attorneys for Defendants FSEC, Inc. and
                                          Reliance Insurance Company

ORDER

The foregoing Stipulation is hereby approved.

Dated: 8/28/2000

                                          _____
                                          United States District Judge

# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

August 25, 2000

Honorable Andre M. Davis
Garmantz Federal Courthouse
101 West Lombard Street
5th Floor, Room 520
Baltimore, Maryland 21201

RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS
AUG 28 2000
UNITED STATES DISTRICT JUDGE

Re:   *Universal Limited, Inc. v. FSEC, et al.*
      *Civil Action No. AMD-00-CV-409*

Dear Judge Davis:

I am enclosing herewith the original and two copies of a renewed Stipulation and proposed Order granting the Defendants a further extension of time until November 23, 2000 within which to respond to the Complaint in the above-referenced matter.

The reason that we are requesting this additional extension is that our clients are working well and cooperating in resolving all open issues on the project. In this case, the lawyers are attempting to stay out of their way to avoid disrupting this progress. We are advised that our clients may have this entire matter concluded by November 23, and, for that reason, we request this additional extension.

Thank you very kindly.

Very truly yours,

J. Snowden Stanley, Jr.

JSS,Jr./cmw
Enclosures
cc:   John A. Bonello, Esq.
      Joseph Butler, Esq.

(B0144444.WPD;1)