IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of UNIVERSAL LIMITED, INC.<br><br>      Plaintiff<br><br>v.<br><br>FSEC, INC., et al.<br><br>      Defendants | *<br>*<br>*  Civil No. AMD-00-409<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendants, by the undersigned attorneys, hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

| | |
|---|---|
| _/s/ J. Snowden Stanley, Jr._ | _/s/ John A. Bonello_ |
| J. Snowden Stanley, Jr. | John A. Bonello |
| SEMMES, BOWEN & SEMMES | McKENNA & CUNEO, LLP |
| 250 West Pratt Street | 1900 K Street, N.W. |
| Baltimore, Maryland 21201 | Washington, D.C. 20006 |
| (410) 539-5040 | (202) 496-7500 |
| | |
| Attorneys for Plaintiff | Attorneys for the Defendants |

## ORDER

The foregoing Stipulation is hereby approved.

1/19/2001                               _/s/ Andre M. Davis_
Date                                          Judge, United States District Court
                                                      For the District of Maryland

(B0168088.WPD;1)